# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1895
_____

CURTIS ANTONIO WAY,

Petitioner,

v.

JUDICIAL QUALIFICATIONS
COMMISSION,

Respondent.

_____


Petition for Writ of Certiorari—Original Jurisdiction.


October 10, 2019


PER CURIAM.

DISMISSED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Curtis Antonio Way, pro se, Petitioner.

No appearance for Respondent.